Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
   Raymond Joseph Rowell
   Mignonette Mae Willkom

Chapter 13 Case Number:
17-40996-CN 13

Debtor(s)

**MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

**TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:**

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing or Converting this case pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the following resons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of May 31, 2017 you should have paid a total of $2,151.00 to the Chapter 13 Trustee. According to the Trustee's records, you are in default in the amount of $1,075.50. The default amount includes the current's month payment. Payments must be current until this Motion is resolved.

2. In order to continue to receive protection of the United States Bankruptcy Court: **YOU MUST** bring the case current by paying in certified funds to the Trustee in the amount of $1,075.50 within 21 days of the date of this notice.

3. Unless you pay the default amount, as provided in paragraph 2 above, twenty-one (21) days from the date of this notice, **YOUR CASE SHALL BE IMMEDIATELY DISMISSED OR CONVERTED WITHOUT ANY FURTHER NOTICE OR HEARING**

Dated: May 31, 2017          /s/ Martha G. Bronitsky
                                         Signature of Martha G. Bronitsky
                                         Chapter 13 Standing Trustee

| | |
|---|---|
| In re<br>    Raymond Joseph Rowell<br>    Mignonette Mae Willkom<br>        debtor(s) | Chapter 13 Case No. 17-40996-CN<br>13 |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Raymond Joseph Rowell
Mignonette Mae Willkom
11133 Bay Laurel St
Dublin,CA 94568

(Debtor(s))

Nathan D Borris Atty
1380 A Street
Hayward,CA 94541

(Counsel for Debtor)


Date: May 31, 2017                              /s/ Martha Ivania Silva
                                                           Martha Ivania Silva